AO 458 (Rev. 06/09) Appearance of Counsel

FILED

# UNITED STATES DISTRICT COURT
for the

2017 JUN 30 P 12: 56

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

__UNITED STATES__ )
*Plaintiff* )
v. )
__RUSLANS BONDARS__ ) Case No. __1:16-CR-228 Sealed__
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__RUSLANS BONDARS__.

Date: __6-30-17__ __Edwd B. MacMahon, Jr.__
*Attorney's signature*

__Edward B. MacMahon, Jr.__
*Printed name and bar number*

__PO Box 25 - Middleburg, VA__
*Address*

__ebmjr@macmahon-law.com__
*E-mail address*

__540 687 3902__
*Telephone number*

__540 687 6366__
*FAX number*