**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.  1:16CR228 |
| ) | |
| **RUSLANS BONDARS** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF ATTORNEY APPEARANCE

PLEASE NOTE the appearance of Jessica N. Carmichael, Esq., of the law firm of Harris Carmichael & Ellis, PLLC, as counsel for the defendant on above matter.

Respectfully Submitted,

RUSLANS BONDARS
By Counsel
HARRIS & CARMICHAEL, PLLC
               /s/
Jessica N. Carmichael, Virginia Bar 78339
Counsel for Defendant
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2017, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                                /s/
                                        Jessica N. Carmichael
                                        Virginia Bar 78339
                                        Counsel for Defendant
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, Virginia 22314
                                        (703) 684-7908
                                        jcarmichael@harriscarmichael.com