## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 1:16CR228 |
| ) | |
| **RUSLANS BONDARS** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the defendant, Ruslans Bondars, by counsel, and respectfully moves this Honorable Court to substitute counsel of record for Mr. Bondars in the above-styled matter.

Mr. Bondars has retained the undersigned counsel and therefore, asks the Court to permit Mr. MacMahon, Esq. and Joshua Horowitz, Esq., to withdraw as counsel of record and requests that Jessica Carmichael, Esq. of the firm of Harris Carmichael & Ellis, PLLC be substituted as retained counsel of record for all further proceedings in this matter.  Counsel has conferred with the Government, Mr. MacMahon, Esq., Joshua Horowitz, Esq., and Mr. Bondars on this matter.

Respectfully Submitted,
RUSLANS BONDARS
By Counsel
HARRIS & CARMICHAEL, PLLC
_____/s/_____
Jessica N. Carmichael, Virginia Bar 78339
Counsel for Defendant
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2017, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                                 _____/s/_____
                                                                 Jessica N. Carmichael
                                                                 Virginia Bar 78339
                                                                 Counsel for Defendant
                                                                 1800 Diagonal Road, Suite 600
                                                                 Alexandria, Virginia 22314
                                                                 (703) 684-7908
                                                                 jcarmichael@harriscarmichael.com