IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16CR228 |
| ) | |
| RUSLANS BONDARS ) | |
| ) | |
| Defendant. ) | |

## SUBSTITUTION OF COUNSEL ORDER

Comes now Defendant, Ruslans Bondars, and moves this court to substitute counsel in the aforementioned case; it is hereby

ORDERED that Mr. MacMahon, Esq. and Mr. Horowitz, Esq., be allowed to withdraw as counsel of record for the defendant in the above-styled case, and that Jessica N. Carmichael, Esq. of the firm of Harris Carmichael & Ellis, PLLC be substituted as counsel of record.

ENTERED this ____ day of _____ 2017.

_____
Judge