**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.  1:16CR228** |
| | ) | |
| **RUSLANS BONDARS** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO SEAL

COMES NOW the defendant, Ruslans Bondars, by counsel, and respectfully moves this Honorable Court for an order sealing Defendant's Motion provisionally filed under seal on February 14, 2018.  The defendant makes this motion because the Government requested he do so. The defendant anticipates the Government will support its request for sealing prior to, or during, the hearing on February 16, 2018 at 9:00 a.m.

Respectfully Submitted,
RUSLANS BONDARS
By Counsel
HARRIS & CARMICHAEL, PLLC
_____/s/_____
Jessica N. Carmichael, Virginia Bar 78339
Counsel for Defendant
108 N. Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of February, 2018, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties in this action.

_____/s/_____

Jessica N. Carmichael
Virginia Bar 78339
Counsel for Defendant
108 N. Alfred Street
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

2