IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED
Clerk
2018 FEB 23 P 4: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:16CR228 |
| | ) |
| Ruslans Bondars et. al. | ) |
| | ) |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 7th day of May, 2018, then and there to testify on behalf of the United States:

<u>60 sets (30 blanks)</u>

This 23rd day of February, 2017.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: _____
Laura Fong
Kellen Dwyer
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2018 FEB 23 P 4: 19
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
) Case No. 1:16-CR-228
Ruslans Bondars et. al. )
*Defendant* )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: Judge Liam O'Grady, 10th FL |
| --- | --- |
| | Date and Time: May 7, 2018, at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 02/23/2018

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___United States___
_____, who requests this subpoena, are:

Laura Fong
Kellen Dwyer
Assistant United States Attorneys
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700