# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16CR228 |
| ) | |
| RUSLANS BONDARS ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SEAL

COMES NOW the defendant, Ruslans Bondars, by counsel, and respectfully moves this Honorable Court for an order sealing Defendant's *Daubert* Motion, Defendant's Motion to Exclude, Exhibit A to Defendant's First Motion to Suppress, and the redacted portions of Defendant's Second Motion to Suppress, provisionally filed under seal on March 19, 2018.  The defendant makes this motion upon the Government's request.

Respectfully Submitted,
RUSLANS BONDARS
By Counsel
HARRIS & CARMICHAEL, PLLC
                /s/
Jessica N. Carmichael, Virginia Bar 78339
Counsel for Defendant
108 N. Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 684-7908
jcarmichael@harriscarmichael.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of March, 2018, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties in this action.

                                                  /s/
                                    Jessica N. Carmichael
                                    Virginia Bar 78339
                                    Counsel for Defendant
                                    108 N. Alfred Street
                                    Alexandria, Virginia 22314
                                    (703) 684-7908
                                    jcarmichael@harriscarmichael.com