# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:16CR228 |
| ) | |
| RUSLANS BONDARS ) | |
| ) | |
| Defendant. ) | |

## MOTION TO SEAL

COMES NOW the defendant, Ruslans Bondars, by counsel, and respectfully moves this Honorable Court for an order sealing Defendant's Exhibit A to DEFENDANT BONDARS' REPLY TO GOVERNMENT'S CONSOLIDATED RESPONSE TO MOTIONS TO SUPPRESS, provisionally filed under seal on April 6, 2018.  The defendant makes this motion upon the Government's request.

>
> Respectfully Submitted,
> RUSLANS BONDARS
> By Counsel
> HARRIS CARMICHAEL & ELLIS, PLLC
>
> /s/ Yancey Ellis
> _____
> Jessica N. Carmichael, Esq. VSB# 78339
> Yancey Ellis, Esq. VSB# 70970
> Counsel for Defendant,
> 108 N. Alfred Street, 1st Floor
> Alexandria, Virginia 22314
> (703) 684-7908
> (703) 649-6360 (fax)
> jcarmichael@harriscarmichael.com
> yellis@harriscarmichael.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 6, 2018, I have filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all other counsel of record in this matter.

Yancey Ellis, Esq., VSB# 70970
Counsel for Defendant
108 N. Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 684-7908
yellis@harriscarmichael.com