AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

UNITED STTATES OF AMERICA

V.

RUSLANS BONDARS

**EXHIBIT AND WITNESS LIST**

Case Number: 1:16CR228

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Liam O'Grady | Dwyer, Fong, Pelker | Carmichael, Ellis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/7/2018 - 5/10/2018, 5/14-5/16 | R. Montgomery/N. Linnell | Amanda |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A | 5/8/2018 | yes | yes | Screenshot of Limitless Logger (government's exhibit 190) - Z. S. |
|  | B | 5/8/2018 | yes | yes | Screenshot of Limitless Logger |
|  | C | 5/9/2018 | yes | no | Email re: powerpoint presentation |
|  | D | 5/9/2018 | yes | no | Powerpoint presentation from Trend Micro |
|  | E | 5/9/2018 | yes | no | Privacy Policy for Trend Micro Products |
|  | F | 5/9/2018 | yes | no | Questions on Scan4You EC's email chain |
|  | G | 5/10/2018 | yes | yes | Email from company Leo Impact Security |
|  | H | 5/10/2018 | yes | yes | Email received from company Nosevey |
|  | I | 5/16/2018 | yes | no | Trend micro press release |
|  |  | 5/14/2018 |  |  | Defense calls Heather Shannon |
|  |  | 5/14/2018 |  |  | Defense calls Kevin Peden |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages