# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:16-CR-228 |
| | ) | |
| | ) | Hon. Liam O'Grady |
| RUSLANS BONDARS | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF VISHANT PATEL**

I, Vishant Patel, declare as follows:

I. I am a Senior Manager of Investigations in the Digital Crimes Unit of Microsoft Corporation's Corporate, External and Legal Affairs Group. I make this declaration at the request of the United States Attorney for the Eastern District of Virginia with regards to sentencing of the above referenced defendant associated with the malicious banking Trojan known as "Citadel." I make this declaration of my own personal knowledge and based upon information relayed to me.

## I. INTRODUCTION

2. In my role at Microsoft, I assess technological security threats to Microsoft and the impact of such threats on Microsoft's business and customers. Among my responsibilities are protecting Microsoft's cloud services and users of computing devices from network-based attacks. I also participate in the investigation of botnets and participate in court-authorized countermeasures to disrupt them and to remediate their harmful effects. I have personally investigated and assisted in the court-authorized disruption or takedown of several botnets while at Microsoft, including the botnets known as Gamarue, Dorkbot, Simda, Ramnit, Caphaw/Shylock, Bladabindi & Jenxcus, Game Over Zeus, ZeroAccess, Citadel, Bamital and Zeus. Prior to my current role, I worked as a Senior Investigator at Citigroup, Inc., dealing

with cyber threats. Among my responsibilities was investigating and responding to phishing attacks, malware, and system and network incidents. I also represented the Financial Services Information Sharing and Analysis Center (FS-ISAC), providing technical expertise in the Zeus botnet takedown. The Zeus botnet takedown involved the disruption of three variants of the Zeus family: Zeus, ICE-IX, and Citadel.

## II. INVESTIGATION INTO CITADEL BOTNET

3. Botnets such as Citadel are controlled through the use of Command and Control (C&C) servers. Devices infected with Citadel communicate to C&C servers' IP addresses or domains. Citadel botnet action by Microsoft involved seizing control of the C&C domains pursuant to a court order and redirecting traffic via Domain Name System (DNS) to Microsoft-controlled sinkholes. A sinkhole is system that can receive the Citadel botnet traffic. The sinkhole logs the IP connections of devices infected with Citadel malware. The IP information logged in the sinkhole can be used to identify infected devices. Each unique IP has at least one device associated with it at any given time. The number of devices associated with a unique IP at any given time ranges from up to five devices for a typical consumer residence in the United States, to hundreds in the case of small to medium business.

4. On or about March 25, 2012 Microsoft, pursuant to a court order docketed within a case filed in the Eastern District of New York (Case No. 12-CV-01335 SJ/RLM), took control of the command and control domains and had the traffic from computers infected with Citadel redirected to Microsoft Curative Servers for the purpose of identifying victim IPs and initiating cross-industry remediation efforts.

5. From on or about June 2013 through October 2016, Microsoft Curative Servers observed 33,516,478 unique IP Addresses infected with Citadel. In other words, there were millions of devices infected with Citadel during this time period.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

September 14, 2018
Redmond, Washington

Vishant Patel
Senior Manager of Investigations
Digital Crimes Unit
Microsoft Corporation