# EXHIBIT B

# EvaPharmacy 6/26/13

**Department of Health and Human Services**

Public Health Service
Food and Drug Administration
Silver Spring, MD 20993-0002

**TO:** support@customersupportglobal.com; VisitSupportPage@hotmail.com; Jennaiyyek@hotmail.com; viviyanrydky@hotmail.com

**FROM:** Food and Drug Administration Internet Pharmacy Task Force

**RE:** Internet Marketing of Unapproved and Misbranded Drugs

**DATE:** June 26th, 2013

**WARNING LETTER**

The United States Food and Drug Administration (FDA) recently reviewed your websites (listed in the table located at the bottom of this letter and in the attachment)**[1]** and has determined that your websites offer products for sale in violation of the Federal Food, Drug, and Cosmetic Act (FD&C Act). More specifically, the websites listed below offer unapproved and misbranded new drugs for sale in violation of sections 301(a), 301(d), 502(f), 503(b)(1), and 505(a) of the FD&C Act [21 U.S.C. §§ 331(a), 331(d), 352(f), 353(b)(1), 355(a)]. We request that you immediately cease marketing violative drug products to United States consumers.

**Unapproved New Drugs**

As labeled, certain products you offer for sale through your websites are drugs within the meaning of section 201(g) of the FD&C Act [21 U.S.C. § 321(g)] because they are intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease and/or because they are intended to affect the structure or function of the body. These products, as marketed through your websites, are also new drugs as defined by section 201(p) of the FD&C Act [21 U.S.C. § 321(p)], because they are not generally recognized as safe and effective for their labeled uses. Based upon our information, no approved applications pursuant to section 505 of the FD&C Act [21 U.S.C. § 355] are in effect for these products. Accordingly, their introduction or delivery for introduction into interstate commerce violates sections 505(a) and 301(d) of the FD&C Act [21 U.S.C. §§ 355(a) and 331(d)].

As two examples, your firm offers for sale through your websites "Levitra Super Force" and "Viagra Super Force," which contain the brand names of FDA-approved drugs ( "Levitra" and

"Viagra"). Your websites claim that Levitra Super Force and Viagra Super Force are "for the treatment of male impotence and premature ejaculation" and "for the treatment of male sexual problems," respectively, both of which are intended uses to treat disease and, as such, are subject to section 505 of the FD&C Act [21 U.S.C. § 355]. In addition, Levitra Super Force and Viagra Super Force include dapoxetine, an active ingredient that is not the subject of an FDA-approved application. These two drugs your firm offers for sale without approved applications are in violation of section 505 of the FD&C Act [21 U.S.C. § 355]. Accordingly, their introduction or delivery for introduction into interstate commerce violates section 301(d) of the FD&C Act [21 U.S.C. § 331(d)].

Another example of an unapproved drug product offered for sale on your websites is "Generic Celebrex." Generic Celebrex contains the brand name of the FDA-approved product Celebrex. While Celebrex is an FDA-approved drug product, there is currently no FDA-approved generic version of Celebrex. Your websites offer Generic Celebrex for the "treatment of osteoarthritis, rheumatoid arthritis, acute pain, painful menstruation . . . symptoms," which is an intended use to treat disease and, as such, is subject to section 505 of the FD&C Act [21 U.S.C. § 355]. This drug your firm offers for sale without an approved application violates section 505(a) of the FD&C Act [21 U.S.C. § 355]. Accordingly, its introduction or delivery for introduction into interstate commerce violates section 301(d) of the FD&C Act [21 U.S.C. § 331(d)].

**Misbranded Drugs**

Your websites offer clozapine, a prescription drug FDA-approved for the management of severely ill schizophrenic patients who fail to respond adequately to standard drug treatment for schizophrenia, for sale without requiring that the drug be dispensed only upon a prescription from a practitioner licensed by law to administer such drug. Clozapine, marketed under the brand names Clozaril and Fazaclo, among others, is available only pursuant to a written prescription issued by a practitioner licensed by law to administer such drug. Despite the risks associated with this drug, your websites offer clozapine for sale directly to the consumer. By dispensing, without any prescription, a drug that is limited to use only under the professional supervision of a licensed practitioner, you cause this product, clozapine, to be misbranded per section 503(b)(1) of the FD&C Act [21 U.S.C. § 353(b)(1)].

Your firm also offers Avandaryl for sale directly to consumers through your websites. Avandaryl is the brand name of an FDA-approved rosiglitazone-containing drug product used to improve glycemic control in adults with Type II Diabetes. Clozapine and Avandaryl are subject to additional restrictions on their distribution based on their unique safety risk profiles. By selling these drug products online, you fail to observe such restrictions and do not adequately warn consumers against use of these drugs in the pathological conditions or within the methods, dosage, or duration of administration or application that are necessary for the consumers' protection. For this reason, you further misbrand the drugs clozapine and Avandaryl per section 502(f)(2) of the FD&C Act [21 U.S.C. § 352(f)(2)]. Further, introduction or delivery for introduction into interstate commerce of these misbranded drug products is a prohibited act under section 301(a) of the FD&C Act [21 U.S.C. §331(a)].

* * *

FDA is taking this action against your firm because of the inherent risk in buying misbranded and unapproved new drugs. FDA-regulated drugs offer protections that include rigorous scientific standards for new drug approval, labeling review for accuracy and completeness, and

manufacturing procedures and testing performed under closely controlled conditions at FDA-registered and inspected facilities. Unapproved new drugs do not have the same assurance of safety and effectiveness as do drugs subject to FDA oversight, and such drugs have been found to be contaminated, counterfeit, contain varying amounts of active ingredients, or contain different ingredients altogether.

This letter is not intended to identify all of the ways in which your activities might be in violation of law. It is your responsibility to ensure that all products marketed by your firm are in compliance with the FD&C Act and its implementing regulations. You should take prompt action to correct the violations noted above as well as any other violations of the Act. Failure to correct these violations promptly may result in regulatory action.

Please notify this office in writing within 10 working days of receipt of this letter of any steps you have taken or will take to correct the noted violations and to prevent their recurrence. If the corrective action(s) cannot be completed within 10 working days, state the reason for the delay and the time within which the correction(s) will be completed. Your response and any other inquiries concerning this letter should be sent to FDA's Internet Pharmacy Task Force at **FDAInternetPharmacyTaskForce-CDER@fda.hhs.gov (mailto:FDAInternetPharmacyTaskForce-CDER@fda.hhs.gov)**.

**Table of Websites:**

| URL | REDIRECT |
|---|---|
| awg-pharmacy.org | |
| canadianfamilypharmacy.biz | |
| canadian-familypharmacy.com | canadianfamilypharmacy.biz |
| drugsblast.com | |
| mycanadianfamilypharmacy.com | canadianfamilypharmacy.biz |
| rxmall.net | rxmall-checkout.net for checkout process |
| rxmall-checkout.net | |
| thecanadianfamilypharmacy.com | canadianfamilypharmacy.biz |
| buytramadolonline2.com | canadianfamilymeds.net |
| canadianhealthandcaremall.com | |
| canadianhealthcaremallinc.com | canadianhealthandcaremall.com |
| canadianhealthcaremallonline.com | link to canadianhealthandcaremall.com |
| edpharmacydrugs.com | |
| medsmedicaretax.com | |
| mybestdrugs.com | |
| pillstoronto.net | |
| rxinternational.net | |
| thecanadianhealthcaremall.com | canadianhealthandcaremall.com |
| canadian-health-care-mall.org | |
| canadian-neighbor-pharmacy.net | canadian-neighbor-pharmacy.biz |
| canadian-neighbor-pharmacy.biz | |
| canadianneighborpharmacyonline.com | canadian-neighbor-pharmacy.biz |
| cheapcanadianpharmacy.net | |
| healthfeeling.com | |
| rxedmeds.com | |
| thecanadianneighborpharmacy.com | canadian-neighbor-pharmacy.biz |

mexicanpharmacyprices.com
erxbid.com
mytrustedmeds.com
wiki-pharmacy.org
antibioticsdrugstore.com
torontodrugstore.org
toronto-drug-store.org
torontoonlinepharmacy.com
bordoctor.ru
doctoraccor.ru
doctorada.ru
doctoraft.ru
doctorarch.ru
doctoratt.ru
doctorattr.ru
doctorband.ru
doctorbank.ru
doctorbat.ru
doctorbeac.ru
doctorbill.ru
doctorbric.ru
doctorbui.ru
doctorbuil.ru
doctorbutc.ru
doctorcabl.ru
doctorcapi.ru
doctorcapit.ru
doctorcher.ru
doctorcler.ru
doctorcoal.ru
doctorcomf.ru
doctorcoug.ru
doctorcove.ru
doctorcred.ru
doctorcut.ru
doctorcyli.ru
doctordead.ru
doctordeer.ru
doctordele.ru
doctoreag.ru
doctoreas.ru
doctoredu.ru
doctoreduc.ru
doctoreuro.ru
doctorfact.ru
doctorfigh.ru
doctorfis.ru
doctorfork.ru
doctorfrog.ru

doctorfron.ru
doctorgird.ru
doctorgoat.ru
doctorgra.ru
doctorhar.ru
doctorharm.ru
doctorhell.ru
doctorholi.ru
doctorhood.ru
doctorhygi.ru
doctorike.ru
doctorimpr.ru
doctorjame.ru
doctorlath.ru
doctorlathe.ru
doctorlum.ru
doctormapl.ru
doctormemo.ru
doctornove.ru
doctornum.ru
doctoroni.ru
doctorpack.ru
doctorpai.ru
doctorparr.ru
doctorpart.ru
doctorpass.ru
doctorpeac.ru
doctorpeli.ru
doctorpent.ru
doctorperu.ru
doctorpicc.ru
doctorplan.ru
doctorplay.ru
doctorpoe.ru
doctorpos.ru
doctorpref.ru
doctorpurp.ru
doctorroa.ru
doctorrose.ru
doctorsail.ru
doctorsala.ru
doctorsatu.ru
doctorsau.ru
doctorseed.ru
doctorslo.ru
doctorsnow.ru
doctorspec.ru
doctorstop.ru
doctorsugg.ru

doctorsurg.ru
doctorsys.ru
doctortemp.ru
doctortip.ru
doctortouc.ru
doctortown.ru
doctortram.ru
doctorwalr.ru
doctorwis.ru
doctorwit.ru
doctorwood.ru
doctorwool.ru
doctorwork.ru
doctoryach.ru
doctorzinc.ru
dradoctor.ru
geldoctors.ru
leydoctor.ru
orydoctor.ru
raldoctor.ru
bitdoctors.ru
doctoracq.ru
doctoraun.ru
doctorbag.ru
doctorboa.ru
doctorcd.ru
doctorcre.ru
doctormagi.ru
doctorox.ru
doctorpail.ru
doctorwhis.ru
ewsdoctor.ru
medicexper.ru
oamdoctor.ru
ongdoctor.ru
oomdoctor.ru
paldoctor.ru
reydoctor.ru
bcheste.pl.ua
cockpitch.pl.ua
amedoctors.com
atoesmedic.com
bmpharmacy-discount.com
canadianpharmacyrebills.com
canadianpharmacyrefills.com
doctoradva.com
doctorarg.com
doctorbloc.com
doctorchee.com

doctorclos.com
doctorcol.com
doctorcupb.com
doctorcycl.com
doctordivi.com
doctorend.com
doctorequi.com
doctorfear.com
doctorfelo.com
doctorfoun.com
doctorfowl.com
doctorfrec.com
doctorgrou.com
doctorhyac.com
doctorinno.com
doctorjanu.com
doctorkeyb.com
doctorkitc.com
doctorkitt.com
doctorkni.com
doctorlaur.com
doctorlute.com
doctormicr.com
doctormust.com
doctornarc.com
doctornbs.com
doctororn.com
doctorperi.com
doctorplas.com
doctorposs.com
doctorseap.com
doctorsfre.com
doctorsist.com
doctorskil.com
doctorslas.com
doctorsmus.com
doctorspo.com
doctorsurp.com
doctorverm.com
doctorviol.com
doctorwhis.com
edandmore-discount.com
eradoctor.com
goalmedic.com
heronmedic.com
icianmedic.com
medicchief.com
mediccoke.com
medicjoin.com

medicjudo.com
medickilo.com
medicrobi.com
medicsmin.com
medicterr.com
doctorcate.com
doctorcod.com
doctorcrop.com
doctordanc.com
doctorenc.com
doctorenq.com
doctorethe.com
doctorfrid.com
doctorgeor.com
doctorhima.com
doctorosu.com
doctorpeen.com
doctorptr.com
doctorpurc.com
doctorqsx.com
doctorscal.com
doctorsforworlds.com
doctorshal.com
doctorshie.com
doctorsken.com
doctorsmem.com
doctorsmul.com
doctorsocc.com
doctorwate.com
elpdoctors.com
iftdoctors.com
ilydoctors.com
istdoctor.com
iumdoctor.com
medicarmen.com
medicbeard.com
medicbench.com
medicbush.com
mediccana.com
mediccapp.com
mediccart.com
mediccat.com
mediccoll.com
mediccomma.com
mediccond.com
mediccrown.com
medicden.com
medicdenti.com
medicdista.com

medicdomai.com
mediceast.com
medicedger.com
medicenem.com
medicfahr.com
medicfirem.com
medicfish.com
medicflam.com
medicflar.com
medicfloc.com
medicgeol.com
medicglidi.com
medicgood.com
medicgren.com
medichali.com
medichand.com
medicjelly.com
medickitch.com
mediclibra.com
medicllama.com
mediclyoce.com
medicmagi.com
medicmotor.com
medicnapk.com
medicnorw.com
medicnotif.com
medicphysi.com
medicplat.com
medicprod.com
medicprodu.com
medicrand.com
medicregr.com
medicrhino.com
medicsagi.com
medicsilk.com
medicslipp.com
medicsmel.com
medicstart.com
medicstopw.com
medicstov.com
medicsund.com
medictanke.com
medictimpa.com
medictrian.com
medicuten.com
medicverdi.com
medicwaite.com
nimdoctor.com
oindoctors.com

onydoctor.com
ormdoctor.com
othdoctors.com
owndoctors.com
rxtrand.com
syrupmedic.com
tchdoctor.com
temdoctor.com
ukmedixonline.com
vendoctor.com
vsdoctors.com
waydoctor.com
wqdoctors.com

Sincerely,
/S/
Thomas Christl
Director
Office of Drug Security, Integrity, and Recalls
Office of Compliance
Center for Drug Evaluation and Research

Email: support@customersupportglobal.com; VisitSupportPage@hotmail.com; Jennaiyyek@hotmail.com; viviyanrydky@hotmail.com

---

[1] We note that some of the website domain names listed are already the subject of seizure proceedings in a United States District Court, while some are not. Moreover, the list may not include all websites that you operate as part of your network, and of course, the list does not include website domain names that you may operate in the future as part of your network. Nonetheless, the FD&C Act violations set forth here are applicable to all website domain names that market violative drug products to United States consumers.

**More in 2013 (/ICECI/EnforcementActions/WarningLetters/2013/default.htm)**