# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 1:16CR228** |
| | ) | |
| RUSLANS BONDARS, | ) | Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | |

**DECLARATION IN SUPPORT OF SENTENCING**

I, Amanda Fritz, declare under penalty of perjury, the following:

1. I am a Special Agent with the Federal Bureau of Investigation.

2. The information in this declaration comes from my personal knowledge and information relayed to me by other individuals.

3. I make this declaration in support of the Government's position in the criminal sentencing of defendant Ruslan Bondars.

4. On July 24, 2017, I obtained quotes from multiple Information Technology ("IT") vendors for the cost of cleaning a computer infected with malware. I was provided with information that such a service typically requires backing up personal data from a hard drive, wiping data from said hard drive, and reinstalling an operating system. As discussed below, representatives from IT vendors provided with me with a variety of quotes, ranging from $99.99 to $300 for such a service, as well as some additional details.

5. A Best Buy Geek Squad representative advised that such a service would cost $150.00 and that the average amount of time for Best Buy to complete the service is two to three days.

6. A Geek Choice representative advised that such a service would cost $50 for an initial "tech visit" and $25 for each additional 15 minutes. The representative said that, on average, this type of service costs between $150 and $300.

7. A Geeks On Call representative advised that such a service would take approximately two hours to complete, at a rate of $165 for the first hour and $100 for each additional hour – in total, about $265.

8. A Micro Center representative advised that such a service would start at $99.00, but that the individual IT professionals would need to examine the computer to determine whether other services were required, but did not provide details about the kinds of additional services they provided and the pricing of each.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Amanda R. Fritz

Amanda Fritz
Special Agent
Federal Bureau of Investigation