FILED: February 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-4718
(1:16-cr-00228-LO-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RUSLANS BONDARS, a/k/a Ruslan Bondar

Defendant - Appellant

---

M A N D A T E

---

The judgment of this court, entered January 10, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*