IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CR-228 |
| | ) | |
| | ) | |
| RUSLANS BONDARS, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF PUBLICATION AND
FINALITY OF CONSENT ORDER OF FORFEITURE

NOW COMES the United States and represents as follows:

WHEREAS, on April 19, 2019, this Court entered a Preliminary Order of Forfeiture (Dkt.# 247) as to the defendant, Ruslans Bondars, and on July 24, 2019, this Court entered an Order Amending Forfeiture Order And Forfeiting Substitute Asset (Dkt# 253) as to the defendant ordering the forfeiture of property that is the subject of this Order (see Declaration of Publication attached hereto);

WHEREAS, the United States published for thirty (30) consecutive days on an official government Internet site (www.forfeiture.gov), beginning on August 23, 2019, and ending on September 21, 2019, in accordance with Title 21, United States Code, Section 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), as evidenced by the attached declaration and notice of publication, notice of this criminal forfeiture action and the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture and subsequently the Order Amending Forfeiture Order And Forfeiting Substitute Asset, and further notified all third parties of their right to petition the Court within thirty (30)

days for a hearing to adjudicate the validity of their legal interest in the property:

WHEREAS, no written notice of criminal forfeiture was sent because the government had no knowledge of any party or entity with an alleged legal interest in the property;

WHEREAS, no petition was filed contesting the forfeiture of the property that is the subject of this Order, and the time to do so has expired;

AND WHEREAS, the Preliminary Order of Forfeiture and subsequently the Order Amending Forfeiture Order And Forfeiting Substitute Asset, provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2).

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Preliminary Order of Forfeiture and subsequently the Order Amending Forfeiture Order And Forfeiting Substitute Asset, and may be disposed of according to law.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

/s/

By: ____________________________
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703)299-3700
Facsimile Number: (703)299-3982
E-mail Address: karen.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of March 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By: /s/

Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703)299-3700
Facsimile Number: (703)299-3982
E-mail Address: karen.taylor2@usdoj.gov